# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

August 9, 2006

The Honorable James Larson
Chief United States Magistrate Judge
United States District Court
  for the Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

**BY E-FILING**

      Re:    United States v. Paoolo Cesar Aguilar Rivas
             No. CR 06-00166 JL

             United States v. Khahiliah Thyjuan Jackson
             No. CR 05-00726 JL

             United States v. Ivan Young
             No. CR 05-00054 JL

Your Honor:

      I write with respect to the above-named defendants who have been set for judgment and sentencing on August 17, 2006 at 11:00 a.m.

      Due to the fact that counsel for the defendants, Elizabeth M. Falk, has been out of the country to take Rule 15 depositions, our office respectfully requests a continuance of the above-referenced sentencings to Friday, September 1, 2006, at 9:30 a.m. This will give counsel additional time prior to sentencing in which to meet with defendants to prepare for sentencing. Derek Owens of the United States Attorney's Office has no objection to our request for continuance, and we have agreed on the date of September 1, 2006 at 9:30 a.m. Our office has informed United States Probation Officers Sara Black, Cheryl Simone, and Insa Bel'Ochi. No officer has any objection to the September 1, 2006 date.

August 9, 2006
Page 2

    Thank you in advance for your consideration. Should your honor grant our request for continuance, we would be pleased to receive a call from your clerk, Mr. Wings Hom, to confirm the continuance. Mr. Hom may contact the secretary to Ms. Falk, Carmen Estrada at 436-7700, who will alert all the parties.

                                            Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                            /S/

                                            GEOFFREY A. HANSEN
                                            Chief Assistant Federal Public Defender



IT IS SO ORDERED
Judge James Larson

cc:    Derek Owens
        Assistant United States Attorney
        (*by hand delivery*)

        Sara Black
        United States Probation Officer
        (*by hand delivery*)

        Insa Bel'Ochi
        United States Probation Officer
        (*by facsimile*)

        Cheryl Simone
        United States Probation Officer
        (*by hand delivery*)